# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BICHTRAM TRAN,** | CASE NO. **2:09-CV-08792-AHM (JCx)** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **MAXIMUM RECOVERY SOLUTIONS INC.,** | |
| Defendant. | |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment is entered as to Defendant, Maximum Recovery Solutions Inc., in the amount of six thousand and sixty dollars and zero cents ($6,060.00), which includes attorneys' fees and costs.

Dated this 18 day of May, 2010

**JS-6**

*/s/ A. Howard Matz*

Honorable A. Howard Matz

JUDGMENT